**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOHN S. BRIAND,

        Plaintiff,

vs.                             CASE NO. 4:06cv384-SPM/WCS

JAMES BANKS,
ROBERT A. MORRIS,
BANKS & MORRIS, P.A.

        Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated August 25, 2006 (doc. 7).  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.      Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

3.     The clerk shall note on the docket that this case was dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 31st day of October, 2006.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge